UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 25-22282-cgm |
| | : | |
| | : | CHAPTER: 13 |
| Jovita Calimlim aka Jovita Valencia Calimlim, | : | |
| | : | HON. JUDGE: |
| | : | Hon. Cecelia G. Morris |
| Debtor. | : | |
| | : | |
| | : | |

-------------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY AND CO-DEBTOR STAY

Upon the motion, dated _____, 2025, (the "Motion"), of Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 612 Baldwin Place, Mamaroneck, NY 10543 ("Property"); vacating the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a); and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on _____ and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that the codebtor stay imposed in this case 11 U.S.C. § 1301(a) is vacated under 11 U.S.C. § 1301(c)(3) as to the Movant's interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $1,350.00 and costs in the amount of $199.00 as provided in the loan documents; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property; and it is further

**ORDERED** that unless specifically provided in loan documents signed by the debtor, the Movant may not collect fees, expenses or other charges associated with a current or subsequent mortgage servicer.